# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Anthony George Simpson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:22-cv-00093-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Timothy D. Maynor, | ) | |
| | ) | |
| Defendant. | | |

DECISION BY COURT. This action having come before the Court by Hearing and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on August 2, 2022.

August 2, 2022

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court